```
David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee
```

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN 21  A 11: 54

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| GLEN EDWARD HANEY<br>LISA LEA HANEY,<br>    Debtor(s) | Bankruptcy No. 08-20896<br>(Chapter 7)<br>Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 105 | RC Willey Home Furnishings<br>PO Box 65320<br>Salt Lake City, UT 84165-0320 | $72.99 |

A check in the amount of $72.99 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED the 16 day of June, 2010

DAVID L. MILLER
Chapter 7 Trustee